# Notice Recipients

District/Off: 1128−1     User: admin     Date Created: 1/29/2025
Case: 25−10242     Form ID: pdf13pln     Total: 24

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Christopher Conte | cconte@ch13mob.com |
| aty | Andrew D. Poston | bankruptcy@brockandstout.com |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Christopher B Burdette | 10402 Brantley Lane   Foley, AL 36535 |
| jdb | Melody Loyd Burdette | 10402 Brantley Lane   Foley, AL 36535 |
| 3919994 | Collection Management Co | 661 Andersen Dr Ste 110   Pittsburgh PA 15220 |
| 3919995 | Credit One Bank | PO Box 98872   Las Vegas NV 89193−8872 |
| 3919996 | Edfinancial Services | 120 N Seven Oaks Dr   Knoxville TN 37922 |
| 3919997 | Foley Emergency Physicians | P.O. Box 935192   Atlanta GA 31193−5192 |
| 3919998 | Internal Revenue Service−Mobile | P.O. Box 7346   Philadelphia PA 19101−7346 |
| 3919999 | LVNV Funding | c/o Resurgent Capital Services   PO Box 1269   Greenville SC 29603 |
| 3920000 | Matco Tools | 4403 Allen Road   Stow OH 44224 |
| 3920001 | Medical Data Systems | 755 W Nasa Blvd   Melbourne FL 32901 |
| 3920002 | Performance Finance | 10509 Professional Cir Ste 202   Reno NV 89521 |
| 3920003 | Portfolio Recovery Associates | 120 Corporate Blvd Ste 100   Norfolk VA 23502 |
| 3920004 | Regional Acceptance Corp | 1424 E Fire Tower Rd   Greenville NC 27858 |
| 3920005 | Rent Recovery Solutions, LLC | Re: Compass Rose Student Housing   1945 The Exchange Suite 120   Atlanta GA 30339 |
| 3920006 | Snap−On Credit LLC | 950 Technology Way   Suite 301   Libertyville IL 60048 |
| 3920007 | South Baldwin Regional Medical Center | 1613 N McKenzie Street   Foley AL 36535 |
| 3920008 | Synchrony Bank | Attn: Bankruptcy Dept   PO Box 965060   Orlando FL 32896−5060 |
| 3920009 | Truist/Greensky/GSLoan Srv | 5565 Glenridge Connector   Atlanta GA 30342 |
| 3920010 | U.S. Attorney's Office−Mobile | Suite 600   63 South Royal Street   Mobile AL 36602 |
| 3920011 | US Department of the Treasury | PO Box 830794   Birmingham AL 35283−0794 |
| 3920013 | US Small Business Administration | 1495 Kingsport Road   Fort Worth TX 76155 |
| 3920012 | US Small Business Administration | 2 North 20th Street Suite 320   Birmingham AL 35203 |

TOTAL: 22