Rev (10/2022)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:

__Christopher B Burdette__  Case No. __25-10242__

__Melody Loyd Burdette__  Chapter 13

Date: __August 1, 2025__

## FINAL PLAN SUMMARY
Check if this is an Amended Final Plan Summary ☐
(REFER TO CHAPTER 13 PLAN FOR COMPLETE TREATMENT LANGUAGE)

**1. NOTICES**

| | | | |
|---|---|---|---|
| 1.1 | A limit on the amount of a secured claim, set out in § 7.1, which may result in a partial payment or no payment at all to the secured creditor | ☑ INCLUDED | ☐ NOT INCLUDED |
| 1.2 | Nonstandard provision, set out in § 12 | ☑ INCLUDED | ☐ NOT INCLUDED |
| 1.3 | Avoidance of security interests or liens | NOT INCLUDED - requires a separate motion or adversary proceeding in this district | |

**2. PAYMENTS AND LENGTH OF PLAN**
For __60__ months Debtor(s) will make regular monthly payments to the trustee as follows:

$__1466.00__ per month for __60__ months.

**3. PRECONFIRMATION ADEQUATE PROTECTION PAYMENTS TO SECURED CREDITORS:**

| CREDITOR | COLLATERAL DESCRIPTION | AMOUNT OF MONTHLY PAYMENT |
|---|---|---:|
| **Snap-On Credit LLC** | tools of trade | 5.00 |
| **Performance Finance** | 2019 Indian Motorcycle Chieftain Limited | 65.00 |
| **Regional Acceptance Corp** | 2016 Kia Sportage | 25.00 |
| **Matco Tools** | professional tools | 5.00 |

**4. ATTORNEYS FEES FOR DEBTOR(S)' BANKRUPTCY COUNSEL:**

| DEBTOR'S COUNSEL | FEE TO BE PAID THROUGH PLAN |
|---|---:|
| **Brock & Stout** | 4,500.00 |

**5. DOMESTIC SUPPORT OBLIGATIONS:**

| DSO CREDITOR | AMOUNT TO BE PAID | MONTHLY PAYMENT |
|---|---|---|
| **-NONE-** | | |

**6. PRIORITY CLAIMS (EXCLUDING DOMESTIC SUPPORT OBLIGATIONS)**

| CREDITOR | TYPE OF PRIORITY | AMOUNT TO BE PAID | MONTHLY PAYMENT |
|---|---|---:|---:|
| **Internal Revenue Service** | **Taxes and certain other debts** | 9,584.61 | 181.00 |

1

## 7. TREATMENT OF SECURED CLAIMS:

**7.1 Request for valuation of secured claims, payment of secured claims, and modification of undersecured claims**

| CREDITOR | COLLATERAL DESCRIPTION | AMOUNT TO BE PAID | INTEREST RATE | §1325(a)(5) PLAN PAYMENT |
|---|---|---|---|---|
| Performance Finance | 2019 Indian Motorcycle Chieftain Limited | 11,296.65 | 8.00 | 267.00 |
| Regional Acceptance Corp | 2016 Kia Sportage | 5,263.00 | 8.00 | 125.00 |
| Matco Tools | professional tools | 1,000.00 | 7.00 | 30.00 |

**7.2 Secured claims excluded from valuation under Bankruptcy Code § 506**

| CREDITOR | COLLATERAL DESCRIPTION | AMOUNT TO BE PAID | INTEREST RATE | §1325(a)(5) PLAN PAYMENT |
|---|---|---|---|---|
| Snap-On Credit LLC | tools of trade | 3,646.29 | 7.00 | 85.00 |

**7.3 Curing defaults and maintaining direct payments on long-term secured debt**

| CREDITOR | COLLATERAL DESCRIPTION | DIRECT PAYMENT | ARREARAGE |
|---|---|---|---|
| -NONE- | | | |

## 8. NONPRIORITY UNSECURED CLAIMS

Percentage to unsecured creditors to be determined after expiration of the claims bar date.

## 9. SURRENDERED PROPERTY

| CREDITOR | COLLATERAL DESCRIPTION |
|---|---|
| American Honda Finance | 2018 Honda Grom 125 Motorcycle |

## 10. EXECUTORY CONTRACTS, INCLUDING UNEXPIRED LEASES OF REAL OR PERSONAL PROPERTY

| CREDITOR | PROPERTY DESCRIPTION | ASSUME | REJECT |
|---|---|---|---|
| None | | | |

## 11. OTHER PLAN PROVISIONS

Refer to plan for complete language for Sections 11.1 through 11.4.

## 12. NONSTANDARD PLAN PROVISIONS

**The plan as currently proposed pays a 100% dividend on unsecured claims. Any future modification will either provide for a 100% dividend on unsecured claims or the payment of all of the debtor's projected disposable income for a period of five years beginning on the date the first plan payment is due.**

**Student Loans are currently in deferment and to be paid direct. All other unsecured debts shall be paid 100%. Any unpaid student loans shall survive the discharge of this case.**

Counsel for the Debtor hereby certifies that a review of all claims filed to date has been performed and all necessary objections to claims have been filed.

| /s/ J Burruss Riis Jr | August 1, 2025 |
|---|---|
| DEBTOR'S COUNSEL'S SIGNATURE | DATE |